**Patricia O. BROWN, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2006–7201.**

United States Court of Appeals, Federal Circuit.

June 27, 2007.

## ORDER

Upon consideration of Patricia O. Brown's unopposed motion to dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Christopher M. SWAIN, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

**No. 2007–3170.**

United States Court of Appeals, Federal Circuit.

June 27, 2007.

Christopher M. Swain, pro se.

## ORDER

On May 31, 2007 the court issued an order allowing Christopher M. Swain ("Swain") 21 days to notify the court if he had dismissed his petition for review before the Board. Swain has failed to respond within the time allowed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.